# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * Criminal No. JFM-14-0502 |
| v. | * Civil No. – JFM-17-1797 |
| | * |
| WILLIAM WARREN | * |

******

## MEMORANDUM

William Warren has filed a motion under 28 U.S.C. Section 2255. He alleges that his counsel was ineffective in that he told him that the jury would be more likely to believe a police officer than him. The Government has filed a response to Warren's motion. The motion will be denied.

Underlying plaintiff's claim is the fact that Daniel Hersl, one of the three officers who was involved in the arrest of plaintiff, has been indicted federally for violation of the law. However, Hersl did not recover the firearm that Warren threw as he was being chased by the officers. Furthermore, Warren admitted (under oath) the facts that govern his guilty plea. Hersl is not directly mentioned in the statement of facts.

A separate order denying Warren's motion is being entered herewith.

Date: October 4, 2017

J. Frederick Motz
United States District Judge